TYSON COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MICHAEL BLASIUS and Another, Appellants, v. HARTFORD FIRE INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of FREDERICO VIDEGARAY, Deceased. (Discovery Proceeding.) CANADIAN BANK OF COMMERCE, Appellant; EUGENIO PAREDES, as Administrator, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JUSTINA MILLS UNDERHILL, Respondent, v. RAWSON UNDERHILL, Appellant.— Order modified by reducing counsel fee to $1,000, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JUSTINA MILLS UNDERHILL, Respondent, v. RAWSON UNDERHILL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

RUDOLF E. F. FLINSCH, Respondent, v. VIELE, BLACKWELL & BUCK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff as stated in order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Application of HARRIET FRANCE, Respondent, to Compel JOHN D. LYONS, Attorney-at-Law of the State of New York, Appellant, to Pay Over and Account for Money Held by Him as Such.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JULE ALLEN and Another, Respondents, v. CLARA KIMBALL YOUNG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CORNELIUS J. L. LYNCH, Appellant, v. HENRY MESA, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JEAN V. CAMPBELL, Respondent, v. EDWIN P. CAMPBELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROSE TIERNEY, Respondent, v. ANDREW M. MADIGAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE MOTOR CAR EQUIPMENT COMPANY, Appellant, v. TIMES SQUARE AUTOMOBILE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LEWIS SILVERMAN, Respondent, v. NATHAN J. MILLER and Others,